## GOING. Co. Treas., v. CARTER OIL CO.

No. 15230—Opinion Filed March 3, 1925.

**Taxation—Recovery of Taxes Paid Under Protest—Case Followed.**

The syllabus in the case of W. E. Going, Co. Treas., v. Atchison, Topeka & Santa Fe Railway Company, decided this date, 106 Okla. 258, is adopted as the syllabus in this case.

(Syllabus by Stephenson, C.)

Commissioners' Opinion, Division No. 4.

Error from District Court, Payne County; C. C. Smith, Judge.

Action by the Carter Oil Company against W. E. Going, as County Treasurer of Payne County, to recover certain taxes paid under protest. Judgment for plaintiff. Defendant brings error. Affirmed in part and reversed in part with directions.

Jas. A. Veasey, C. M. Oakes, and Walter Davison, for defendant in error.

J. W. Reece, for plaintiff in error.

Opinion by STEPHENSON, C. The case of W. E. Going, Co. Treas., v. A., T. & S. F. Ry. Co., this day decided, presents a statement of facts similar to the facts involved in this appeal. The former case is controlling and operates to cause the affirmance of this case in part and its reversal in part for further disposition in accordance with the views expressed in the case of Going, Co. Treas., v. A., T. & S. F. Ry. Co., supra.

By the Court: It is so ordered.